IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT


**RÜMEYSA ÖZTÜRK**,
*Petitioner*

*v.*                                                                 No. 2:25-cv-00374

**DONALD J. TRUMP**, et al.,
*Respondents*

## INDEX OF EXHIBITS

Exhibit 1:     Declaration of Lia Ernst

Exhibit 2:     Declaration of Stefanie Fisher-Pinkert

Exhibit 3:     Declaration of Anna R. Welch

Exhibit 4:     Declaration of Heather Yountz

Exhibit 5:     Declaration of Margaret Moran

Exhibit 6:     Declaration of Jill Martin Diaz

Exhibit 7:     Declaration of Brett Stokes

Exhibit 8:     Declaration of Mahsa Khanbabai

Exhibit 9:     Declaration of Rümeysa Öztürk