MOTION TO RUSH, HURRY, MY OTHER MOTIONS

& AMICUS BRIEF, & US CONSTITUTIONAL RIGHTS & FREEDOM OF RELIGION, ETC.

Case #
2:25-cv-
379
& 2:25-cv-
374
& all similar
(see
in
papers)

Your Honour,

I move as above said in above wording.

These should be read prior to Monday and other days of immigrant cases, and cases of USA citizens, and people with more green cards, visas and other cases, and so forth having to do with ICE, Border Patrol, & others taking into custody, or such.

And also, having to do with violations of privacy rights of citizens and others, as relates to social security agency privacy of recipients.

And also, protecting Rights of Americans with Disabilities. Etc.

I have dyslexia and am in a hurry to file these papers.

Your Honour Thank you for your time and caring. Please see other papers for more info on my PRO-SE entries, and another motion at bottom of a page. GOD bless YOU AND THANK YOU FOR YOUR CARING.

E.S.

*[signature]*
Vermont, etc.

2025 APR 25 PM 4:34
BY DEPUTY CLERK
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED