MOTION & AMICUS BRIEF                               4/25/2005

TIME SENSITIVE  URGENT              PRO-SE

US CONSTITUTIONAL RIGHTS

MOTION: I MOVE THAT THIS MOTION & AMICUS BRIEF & FREE SPEECH & FREEDOM OF RELIGION  BE IMMEDIATELY READ. THANK YOU.           AND I APOLOGIZE TO EVERYONE IF I MAKE ANY MISTAKES.

THIS PERTAINS TO MULTIPLE CASES. PLEASE SHARE WITH APPROPRIATE LEVELS OF COURTS.

Your Honour;

Thank You for your time and understanding;

Preface: I do not know either party of case.

    I feel information I have is important and may help the court.

    I do not request to speak in the court.

    I have deeply-held Christian beliefs, of love & caring, and caring about all people around the world, & God's Creation, my Christian Rights protected by my 1st Amendment Rights, |& other Rights.

    I am a Natural Born citizen descended from generations of approx. 100's of years of relatives, &

    I exercise my U.S. Constitutional Privacy Rights, Other Privacy Rights, American's with Disabilities Privacy Rights,

    Christian Privacy Rights and United Nations Disability Privacy Rights Article 22 "Respect for privacy" (copy

Included), to not say my name. And to do so, say my name, I feel in my opinion, would potentially result in harm, hurt, &/or injury, etc. by certain others.  Thank you for your understanding.

    As an American with Disabilities, per ADA & ADA amendments Act, & Disability laws, I courteously request

    Patience & understanding by his court system with my documented dyslexia, & other disabilities, (so-called).

    Relevancy: These cases affect me and the Rights of all Americans.  It also affects my deeply held religious beliefs of "love of Neighbor" and  Revelation 7: 9-  multiple verses, God cares about people of all nations, and tribes, and tongues (languages), and peoples, and kindreds.  And the Great Commandments , some of which is love of God and neighbor, and our Neighbor is everyone around the world.  The famous saying by the Reverend Dr. Martin Luther King, Jr., An injustice to one is an injustice to us all, and the Holy Bible also teaches that what happens to one person in the brother hood goes through, others also are going through.  Also, when extreme human suffering is occurring anywhere, it hurts us all.

    And the preciousness of our Nation's Freedoms, Liberties, Democracy, and  Of, and For, and By the People, and the foundation of our society, culture, laws, and our dreams and goals, and our Rights of the Balance of the Powers/Separation of the Powers,  and the criticalness and preciousness of Judges, & US Congress having made laws over the centuries,  and these loyal Judges having defended our laws and Rights and US Constitution over the centuries, is absolutely crucial to our Democracy & famous Free People and Free Society.  There are numerous other ways that are also extremely important.

Our US Constitution & Federal Laws Protect my Freedom of Religion, and of speech, the press, of assembly,  and my right to address my own Government, and my 9th Amendment Rights, and more.

*[signature]*

Continued:

Motion & Amicus Brief& Free Speech & Freedom of Religion

... "God is love." [1 John 4:8+ 16]. God loved us first so that we could know love and thus love one another. God is merciful, loving, slow to anger, forgiving, All Powerful, caring.

According to the Holy Bible, in multiple places, ex. The story of Noah's Arch shows, we are all related around the world.

DNA apparently has shown that all people around the world are related. There is the dog family, the horse family, the cat family, etcetera, and the human family. Further, God teaches to love& give to the poor. And God cares about people with [disabilities], Jesus famous healings of the blind, deaf, lame, and more, & story of Moses where God shows caring about people with a difficulty speaking, mute, deaf, etc.

Famously, the US Constitutional writers cared about worship of Almighty God and set worship even higher than a lot of other laws.

The USA is a Nation founded on peoples from a variety of Nations from its vary start and continuing throughout our history. The magnificent fun of a variety of cultures' foods, artwork, clothing styles, and creativity and ingenuity, our nation is one so amazing and so special and a loving God who loves everybody around the world , this our United States of America. The Land of the Free & liberty.

The famous Statue of Liberty further shows and represents our deep values of welcoming people from around the world. And to care about the poor, the oppressed, and everyone. And our US Constitution is precious.

Note: when the Us Constitution was written it clearly protected the rights of pedestrian's also, from illegal road stops, for there were no cars invented yet.

Allegedly, Mr. Trump, in position of President, has a prehistory of predjudice against immigrants, and people with disabilities.

WHAT I WANT: I want that my caring words here be shared as part of court cases on a variety of topics, such as defending immigrants' Rights, our citizens' Rights , our US Constitution, and our famous Liberty and freedoms.

Your Honour,

Thank You For Your Time And Caring.

Additional MOTION: Per my disabilities,and US Constitutional Rights I ask You to waive a lot of court rules. Thanks.

Additionally,if this letter of mine will harm defendant immigrants etc. , then don' use it. Thank you.


Done in a hurry. E.S.

*[signature]*
*Vermont, &c.*

🏠 Welcome to the United Nations (http://www.un.org/en/)

 | (https://www.un.org/development/desa/disabilities/)
**Department of Economic and Social Affairs**
Disability

☰                                  *Search UN DESA*                                  🔍

Home (https://www.un.org/development/desa/disabilities/)
» Convention on the Rights of Persons with Disabilities (CRPD) (https://www.un.org/development/desa/disabilities/convention-on-the-rights-of-persons-with-disabilities.html)
» Article 22 – Respect for privacy

## Article 22 – Respect for privacy

1. No person with disabilities, regardless of place of residence or living arrangements, shall be subjected to arbitrary or unlawful interference with his or her privacy, family, home or correspondence or other types of communication or to unlawful attacks on his or her honour and reputation. Persons with disabilities have the right to the protection of the law against such interference or attacks.

2. States Parties shall protect the privacy of personal, health and rehabilitation information of persons with disabilities on an equal basis with others.


**Next:** Article 23 – Respect for home and the family (https://www.un.org/development/desa/disabilities/convention-on-the-rights-of-persons-with-disabilities/article-23-respect-for-home-and-the-family.html)

List of Articles (http://www.un.org/development/desa/disabilities/convention-on-the-rights-of-persons-with-disabilities/convention-on-the-rights-of-persons-with-disabilities-2.html)


**ABOUT US**

Our Mandates (http://www.un.org/development/desa/disabilities/about-us/our-mandates.html)

Convention on the Rights of Persons with Disabilities (CRPD) (http://www.un.org/development/desa/disabilities/convention-on-the-rights-of-persons-with-disabilities.html)

Special Envoy of the Secretary-General on Disability and Accessibility (http://www.un.org/development/desa/disabilities/resources/special-envoy-of-the-secretary-general-on-disability-and-accessibility.html)

Special Rapporteur on the Rights of Persons with Disabilities of the Human Rights Council (http://www.ohchr.org/EN/Issues/Disability/SRDisabilities/Pages/SRDisabilitiesIndex.aspx)

DESA Forum on Disability and Development (http://www.un.org/development/desa/disabilities/about-us/desa-dspd-forum-on-disability-and-development.html)

Expert Group Meetings (http://www.un.org/development/desa/disabilities/about-us/expert-group-meetings.html)

