UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUMSEYA OZTURK,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br><br>Respondents. | Civil Action No. 1:25-cv-10695-DJC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to L.R. 83.5.2(c)(1), Respondents respectfully request that the Court grant Acting United States Attorney for the District of Vermont Michael P. Drescher leave to withdraw their appearance in this Court as counsel for the Respondents in the above-captioned matter. Assistant United States Attorney Mark Sauter entered his appearance as counsel for the Respondents on August 21, 2025, and will continue to represent the government in this case.

Respectfully submitted,

By: */s/ Michael P. Drescher*
Michael P. Drescher
Acting United States Attorney
District of Vermont
Tel: (802) 651-8249
Dated: October 3, 2025                Email: michael.drescher@usdoj.gov

## CERTIFICATE OF SERVICE

I, Michael P. Drescher, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: October 3, 2025                    By:    */s/ Michael P. Drescher*
                                                 Michael P. Drescher
                                                 Acting United States Attorney