UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rümeysa Öztürk,<br><br>*Plaintiff,*<br><br>v.<br><br>PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, TODD LYONS, Acting Director United States Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security,<br><br>*Defendants.* | Civil Action No. 1:25-cv-12334-DJC |

**JOINT STATEMENT REGARDING SCHEDULE FOR FURTHER PROCEEDINGS**

In response to the Court's September 19, 2025 order requiring the parties to file a joint statement and proposed schedule for addressing the plaintiff's SEVIS claim, the parties report that they have attempted to resolve the issues in this case without the need for litigation, but have been unsuccessful. Accordingly, the parties jointly propose the below schedule for litigation of plaintiff's anticipated motion for preliminary injunctive relief. Plaintiff, through this filing, also requests leave to file a reply brief, to which defendants assent.

- Plaintiff will file a motion for preliminary injunctive relief by October 17, 2025.

1

- Defendants will file their opposition by October 31, 2025.[1]

- Plaintiff will file any reply by November 7, 2025.

- The parties are available for a hearing on the motion the weeks of November 10 and 17, 2025, or at a time convenient for the Court.

| | |
|---|---|
| Date: October 3, 2025 | Respectfully submitted, |
| *Counsel for Defendants,* | *Counsel for Plaintiff,* |
| <u>LEAH B. FOLEY</u><br><u>United States Attorney</u> | <u>/s/ Adriana Lafaille</u><br>Jessie J. Rossman (BBO #670685) |
| <u>/s/ Mark Sauter</u><br>Mark Sauter<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3347<br>Email: mark.sauter@usdoj.gov | Adriana Lafaille (BBO # 680210)<br>Rachel E. Davidson (BBO #707084)<br>Julian Bava (BBO #712829)<br>AMERICAN CIVIL LIBERTIES UNION<br> FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>(617) 482-3170<br>jrossman@aclum.org<br>alafaille@aclum.org<br>rdavidson@aclum.org<br>jbava@aclum.org |
| | Mahsa Khanbabai (BBO #639803)<br>115 Main Street, Suite 1B<br>North Easton, MA 02356<br>(508) 297-2065<br>mahsa@mk-immigration.com |

---

[1] Defendants' statement: At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  If funding is not restored by Congress by October 17, 2025, Defendants will either seek an extension of time to respond to Plaintiff's motion or a stay of the proceedings.   Plaintiff's statement: Plaintiff reserves the right to oppose a request for extension of time or for a stay of proceedings.

Brian Hauss
Esha Bhandari
Brett Max Kaufman
Michael K. T. Tan
Noor Zafar
Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bhauss@aclu.org
ebhandari@aclu.org
bkaufman@aclu.org
m.tan@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
Sonya Levitova
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com
slevitova@ecbawm.com

Ramzi Kassem
Naz Ahmad
Mudassar Toppa
Shezza Abboushi Dallal
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558

ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu
shezza.dallal@law.cuny.edu

Lia N. Ernst
Monica H. Allard
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601
802-223-6304
lernst@acluvt.org
mallard@acluvt.org

4