IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**RÜMEYSA ÖZTÜRK**,
*Plaintiff,*

*v.*

**PATRICIA HYDE**, et al.,
*Defendants.*

No. 1:25-cv-12334-DJC

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Rümeysa Öztürk moves for preliminary injunctive relief requiring Defendants to reactivate Ms. Öztürk's Student & Exchange Visa Information System (SEVIS) record and to restore it *nunc pro tunc* from the date of termination to avoid any gaps in the record.

## REQUEST FOR ORAL ARGUMENT

Given the broad consensus of courts that have addressed the legal issues raised in this motion and granted relief to noncitizen plaintiffs whose SEVIS records were terminated, *see, e.g., Mohd v. DHS*, No. 2:25-cv-2183, 2025 WL 2112425, at *10 n.18 (E.D.N.Y. July 28, 2025) (collecting cases); *Doe #1 v. Noem*, No. 3:25-cv-00042, 2025 WL 1203472, at *5 n.1 (S.D. Iowa Apr. 24, 2025) (collecting cases and noting "overwhelming majority" of decisions granting preliminary relief), plaintiff does not request oral argument to the extent the Court is prepared to grant preliminary injunctive relief without argument.

Dated: October 17, 2025                    Respectfully submitted,

                                           */s/Adriana Lafaille*
                                           Jessie J. Rossman (BBO #670685)
                                           Adriana Lafaille (BBO # 680210)
                                           Rachel E. Davidson (BBO #707084)
                                           Julian Bava (BBO #712829)
                                           AMERICAN CIVIL LIBERTIES UNION
                                             FOUNDATION OF MASSACHUSETTS, INC.
                                           One Center Plaza, Suite 850
                                           Boston, MA 02108
                                           (617) 482-3170
                                           jrossman@aclum.org
                                           alafaille@aclum.org
                                           rdavidson@aclum.org
                                           jbava@aclum.org

                                           Mahsa Khanbabai (BBO #639803)
                                           115 Main Street, Suite 1B
                                           North Easton, MA 02356
                                           (508) 297-2065
                                           mahsa@mk-immigration.com

                                           Brian Hauss
                                           Esha Bhandari
                                           Brett Max Kaufman
                                           Michael K. T. Tan
                                           Noor Zafar
                                           Sidra Mahfooz
                                           AMERICAN CIVIL LIBERTIES UNION
                                           FOUNDATION
                                           125 Broad Street, Floor 18
                                           New York, NY 10004
                                           (212) 549-2500
                                           bhauss@aclu.org
                                           ebhandari@aclu.org
                                           bkaufman@aclu.org
                                           m.tan@aclu.org
                                           nzafar@aclu.org
                                           smahfooz@aclu.org

                                           Matthew D. Brinckerhoff
                                           Katherine Rosenfeld
                                           Vasudha Talla
                                           Sonya Levitova
                                           EMERY CELLI BRINCKERHOFF
                                           ABADY WARD & MAAZEL LLP

One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com
slevitova@ecbawm.com

Ramzi Kassem
Naz Ahmad
Mudassar Toppa
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558
ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu

Lia N. Ernst
Monica H. Allard
Hillary Rich
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601
802-223-6304
lernst@acluvt.org
mallard@acluvt.org
hrich@acluvt.org

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants in

a good-faith effort to narrow or resolve the relief requested. Defendants oppose this

motion.

Date:  October 17, 2025

*/s/Adriana Lafaille*
Adriana Lafaille