UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rümeysa Öztürk,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>PATRICIA HYDE, et al.,<br><br>　　　　　*Defendants.* | Civil Action No. 1:25-cv-12334-DJC |

### DECLARATION OF SARA K. JOHNSON

I, Sara K. Johnson, declare as follows:

　　1.　　I am an Associate Professor and Director of Graduate Studies in the Eliot-Pearson Department of Child Study and Human Development at Tufts University. Rümeysa Öztürk is a Ph.D student in that department and an innovative young scholar. Rümeysa specializes in young people's interaction with media, and particularly, positive ways that children and youth can use media to further prosocial behavior, that is, behavior that benefits others rather than oneself. I have the pleasure of serving as Rümeysa's primary academic advisor.

　　2.　　In late 2024, I was contacted about an opportunity to be part of a grant proposal involving the production of a nonfiction podcast for children. The proposed project included a research component that I would lead, which involved studying how children received and reacted to the podcast.

3.     When I told my graduate students about the potential project, Rümeysa was very excited about it. The project connects closely to Rümeysa's expertise in youth and media.

4.     On March 7, 2025, I learned that we had received the grant. The grant requires my team to plan and carry out a study with children who listened to the podcast. The steps to achieving this work include submitting a proposal to the Institutional Review Board (which must review all studies with human subjects), designing questions and methodologies for the study, pilot testing the questions on children, determining the methods for recruiting participants, and ultimately, conducting the study with children who listened to the podcast and analyzing data.

5.     Our grant proposal estimated that this project would require my team to conduct at least 1,500 hours of work, most of it to be carried out by paid graduate student research assistants working under my supervision.

6.     From the start, I planned for Rümeysa to be one of these research assistants because of her enthusiasm for the project and her expertise in how children engage with media. Working as a research assistant on this project would give her a chance to be involved in a study from start to finish, including during the planning and design stage of a study, which is important for her development as a scholar. It would also give her the opportunity to work in an area that she is passionate about and with a medium (podcasts) that is timely and current. I felt that the project could not be more perfect for Rümeysa's interests and her academic and career development.

7. Rümeysa was abruptly detained by federal immigration officials on March 25, 2025 and remained in immigration detention until her court-ordered release on May 9, 2025.

8. Because of Rümeysa's detention, some of our work on this grant-funded project began without her.

9. Since Rümeysa's release from detention and return to campus, she has continued to express interest in the project and even attended a few meetings with the podcast producers.

10. Because of my understanding that Rümeysa cannot work in the United States unless her SEVIS record is reactivated, I am unable to hire her as a research assistant for the project.

11. The more time that passes before Rümeysa's SEVIS record is reactivated, the more she misses out on key work with regard to the project, particularly in her ability to participate in the development of the study. Because all of the planning stages must be complete by March, data must be collected beginning in April, and the project as a whole must be completed by August, the project must continue to move forward without her. This includes work to plan and design the study. That stage is one in which Rümeysa stands to develop important skills and gain new experience. It is also one in which her input would be particularly important because of her expertise in how children and youth engage with media.

12. If Rümeysa's SEVIS record is reactivated and I am able to hire Rümeysa to work as a research assistant on this project, I will do so. I know from conversations with Rümeysa that she continues to be interested in working on this project on a part-time basis while continuing work on the completion of her graduate studies, including her dissertation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 15, 2025, in Somerville, Massachusetts.

_____
Sara K. Johnson