UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUMEYSA OZTURK,<br><br>  Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, and KRISTI NOEM, Secretary of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State,<br><br>  Defendants. | Civil Action No. 1: 25-cv-12334-DJC |

**DEFENDANTS' *ASSENTED-TO* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTON FOR PRELIMINARY INJUNCTION**

Defendants, by and through their Attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, herein move this Honorable Court for an extension of time up to and including Tuesday, November 4, 2025, to respond to Plaintiff's motion for preliminary injunctive relief. Doc. No. 171. Defendants' response is currently due October 31, 2025.

Defendants assert there is good cause for the requested extension of time to respond to Plaintiff's motion. This is Defendants' first request for an extension of time to respond to this motion. Plaintiff assents to the relief requested in this Motion. An extension of time is needed as the undersigned has been directed to focus his work during the lapse in government appropriations on matters concerning "emergencies involving the safety of human life or the protection of property" which has been interpreted by the U.S. Attorney's Office to primarily mean cases

involving civil detention or commitment. 31 U.S.C. § 1342. Additionally, the undersigned will be furloughed from October 27-29 due to the lapse in government appropriations. While Defendants do not seek a stay of the deadline to respond to Plaintiff's motion, an additional two business days from the current deadline of October 31, 2025 will allow necessary time to respond to the motion.

Wherefore, Defendants move this Honorable Court for an extension of time up to and including Tuesday, November 4, 2025, to respond to Plaintiff's motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3347

Dated: October 24, 2025                    Email: Mark.Sauter@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to L.R. 7.1(a)(2), I conferred with Petitioner's counsel. Petitioner assents to the relief requested in this motion.

Dated: October 24, 2025          By:    */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 24, 2025          By:    */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney