IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RÜMEYSA ÖZTÜRK**, *Plaintiff,*<br><br>*v.*<br><br>**PATRICIA HYDE**, et al., *Defendants.* | **No. 1:25-cv-12334-DJC** |

**Assented-to Motion for Extension of Time to File Reply Brief**

Plaintiff respectfully moves for an extension of two business days, to November 12, 2025, to file a reply brief in support of her motion for preliminary injunctive relief, ECF No. 171. The parties' original schedule contemplated that plaintiff's reply would be due on November 7, 2025, one week after the government's opposition. ECF No. 170. The Court later extended the government's deadline by two business days, to November 4, 2025. ECF No. 178. Plaintiff accordingly seeks a corresponding extension of two business days for her reply, to November 12, 2025. The government assents.

Dated: November 6, 2025

Respectfully submitted,

*/s/Adriana Lafaille*
Jessie J. Rossman (BBO #670685)
Adriana Lafaille (BBO # 680210)
Rachel E. Davidson (BBO #707084)
Julian Bava (BBO #712829)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org
rdavidson@aclum.org
jbava@aclum.org

Mahsa Khanbabai (BBO #639803)
115 Main Street, Suite 1B
North Easton, MA 02356
(508) 297-2065
mahsa@mk-immigration.com

Brian Hauss
Esha Bhandari
Brett Max Kaufman
Michael K. T. Tan
Noor Zafar
Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bhauss@aclu.org
ebhandari@aclu.org
bkaufman@aclu.org
m.tan@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
Sonya Levitova
EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com
slevitova@ecbawm.com

Ramzi Kassem
Naz Ahmad
Mudassar Toppa
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558

ramzi.kassem@law.cuny.edu
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu

Lia N. Ernst
Monica H. Allard
Hillary Rich
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601
802-223-6304
lernst@acluvt.org
mallard@acluvt.org
hrich@acluvt.org

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the government, and the government assents to this motion.

Date:  November 6, 2025                                          */s/Adriana Lafaille*
                                                                 Adriana Lafaille