UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RÜMEYSA ÖZTÜRK,<br><br>　　　　　Petitioner<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as the New England Field Office Director for U.S. Immigration and Customs Enforcement; MICHAEL KROL, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State,<br><br>　　　　　Respondents. | Case No. 25-cv-12334-DJC |

## ORDER OF PRELIMINARY INJUNCTION

**CASPER, C.J.**                                                                                                                                        December 8, 2025

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, and for the reasons explained by the Court in its accompanying Memorandum and Order, D. 185 (entered December 8, 2025), the Court finds that Petitioner Öztürk is likely to succeed on the merits of her claims in her motion for preliminary injunction, D. 171, that the termination of her SEVIS record on or around March 25, 2025, was unlawful; that Öztürk will suffer irreparable harm absent the preliminary injunctive relief granted herein; that the balance of equities and public interest favor

granting this injunctive relief; and, a bond under Fed. R. Civ. P. 65(c) is not warranted here.

Accordingly, the Court hereby **ALLOWS** Öztürk's motion for preliminary injunction, D. 171, and **ORDERS** Respondents, their officers, agents, servants, and employees, other than the President, as follows:

(1) to immediately reinstate Öztürk's SEVIS record, retroactive to the date of termination, such that there are no periods in the record reflecting a "terminated" status;

(2) are enjoined from terminating Öztürk's SEVIS record in the future for any reasons not authorized by law;

(3) are enjoined from imposing any adverse legal effect on Öztürk that is inconsistent with her F-1 student status, to the extent that she maintains such status; and

(4) are enjoined from terminating Öztürk's SEVIS record in the future without first providing one week's notice to Öztürk's counsel of record, as well as providing Öztürk an opportunity to be heard prior to any such termination.

This Order shall remain in effect unless and until modified by the Court.

**SO ORDERED.**

By:   /s Denise J. Casper
      Chief United States District Judge