UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RÜMEYSA ÖZTÜRK,<br><br>       Petitioner,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, in her official capacity as the New England Field Office Director for U.S. Immigration and Customs Enforcement; MICHAEL KROL, in his official capacity as HSI New England Special Agent in Charge, U.S. Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State,<br><br>       Respondents. | Case No. 1:25-cv-12334-DJC |

## NOTICE OF APPEAL

Respondents hereby appeal to the United States Court of Appeals for the First Circuit from the Court's December 8, 2025, Memorandum and Order granting the Petitioner's Motion for Preliminary Injunction (ECF No. 185) and the Order of Preliminary Injunction (ECF No. 186) as well as any other Orders and Opinions incorporated in those identified above. *See* Fed. R. App. 3(c).

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | LEAH B. FOLEY<br>United States Attorney |
| Dated: February 6, 2026 | By: | */s/ Mark Sauter*<br>Mark Sauter<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3347<br>Email: mark.sauter@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

|  |  |  |
|---|---|---|
| Dated: February 6, 2026 | By: | */s/ Mark Sauter*<br>Mark Sauter<br>Assistant United States Attorney |