# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: _Ozturk v. Hyde et al_____

District Court Number: _25cv12334-DJC_____

Fee:    Paid?   Yes _____   No _____   Government filer _X_   *In Forma Pauperis* Yes _____   No _____

| | | | |
|---|---|---|---|
| Motions Pending | Yes _____ No _X_ | Sealed documents | Yes _X_ No _____ |
| *If yes, document #* _____ | | *If yes, document #* 12,26,82,113,147,159 | |
| *Ex parte* documents | Yes _____ No _X_ | Transcripts | Yes _X_ No _____ |
| *If yes, document #* _____ | | *If yes, document #* 66,98,132,144 | |

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent _X_   Other: _____

Appeal from:

## #185 Memorandum and Order, #186 Order of Preliminary Injunction

Other information:

        I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #185, #186, and #189

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _189_ filed on _February 6, 2026_____.

        In testimony whereof, I hereunto set my hand and affix the seal of this Court on _February 6, 2026_.


**ROBERT M. FARRELL**
Clerk of Court


_/s/Matthew A. Paine_____
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

### PLEASE RETURN TO THE USDC CLERK'S OFFICE