UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RÜMEYSA ÖZTÜRK,

        Petitioner,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; PATRICIA HYDE, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; and MARCO RUBIO, in his official capacity as Secretary of State,

        Respondents.

Civil Case No. 25-cv-12334

**AFFIDAVIT OF SONYA LEVITOVA
IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

Sonya Levitova, an attorney duly admitted to practice *pro hac vice* before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate of the law firm Emery Celli Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), attorneys for Petitioner.

2. I am one of the attorneys of record for Petitioner in this action.

3. My last day of employment with ECBAWM is February 20, 2026.

4. Matthew Brinckerhoff, Katherine Rosenfeld, and Vasudha Talla are also attorneys of record for Petitioner, and ECBAWM continues to represent Petitioner in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Petitioner in this action.

Dated: February 19, 2026
       New York, New York

                                    /s/
                                SONYA LEVITOVA