# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**RÜMEYSA ÖZTÜRK**,
*Plaintiff,*

*v.*

**PATRICIA HYDE**, *et al.*,
*Defendants.*

**No. 1:25-cv-12334-DJC**

### <u>Motion to Withdraw Appearance of Mahsa Khanbabai</u>

Plaintiff respectfully moves to withdraw the appearance of Mahsa Khanbabai. With the conclusion of Plaintiff's proceedings in immigration court, Attorney Khanbabai has concluded her representation of the Plaintiff. Plaintiff continues to be represented by other attorneys named below. Defendants assent to this motion.

Dated: March 20, 2026

Respectfully submitted,

*/s/Adriana Lafaille*
Jessie J. Rossman (BBO #670685)
Adriana Lafaille (BBO #680210)
Rachel E. Davidson (BBO #707084)
Julian Bava (BBO #712829)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
jrossman@aclum.org
alafaille@aclum.org

rdavidson@aclum.org
jbava@aclum.org

Brian Hauss
Esha Bhandari
Brett Max Kaufman
Michael K. T. Tan
Noor Zafar
Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
(212) 549-2500
bhauss@aclu.org
ebhandari@aclu.org
bkaufman@aclu.org
m.tan@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com
slevitova@ecbawm.com

Naz Ahmad
Mudassar Toppa
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.

2

CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu

Lia N. Ernst
Monica H. Allard
Hillary Rich
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601
802-223-6304
lernst@acluvt.org
mallard@acluvt.org
hrich@acluvt.org

## Local Rule 7.1 Certification

I certify that I conferred with counsel for the Defendants. Defendants assent to this motion.

Date: March 20, 2026                    */s/ Adriana Lafaille*
                                         Adriana Lafaille

3