# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**RÜMEYSA ÖZTÜRK**,
*Plaintiff,*

*v.*

**PATRICIA HYDE**, *et al.,*
*Defendants.*

**No. 1:25-cv-12334-DJC**

## Joint Motion to Dismiss and Stipulation of Continued Jurisdiction

Having reached a settlement agreement, the parties move to dismiss under Federal Rule of Civil Procedure 41(a)(2) on the following terms:

- The parties will abide by their April 8, 2026 settlement agreement;

- Each party will bear its own attorneys' fees, expenses, and costs;

- The Court will retain jurisdiction to enforce the parties' settlement agreement; and

- The dismissal of this action is without prejudice to any damages claims, but the parties agree that the dismissal precludes further litigation by Plaintiff seeking injunctive or declaratory relief based on the termination of her SEVIS record in March 2025.

The parties have attached a proposed order reflecting these terms. They respectfully request that the Court grant this motion and enter the attached order

dismissing this matter, while retaining jurisdiction to enforce the parties' settlement agreement.[1]

Dated: April 17, 2026        Respectfully submitted,

*Counsel for Defendants*        *Counsel for Plaintiff Rümeysa Öztürk*

| | |
|---|---|
| LEAH B. FOLEY | */s/Adriana Lafaille* |
| United States Attorney | Jessie J. Rossman (BBO #670685) |
| | Adriana Lafaille (BBO #680210) |
| By: */s/ Mark Sauter* | Rachel E. Davidson (BBO #707084) |
| Mark Sauter | Julian Bava (BBO #712829) |
| Assistant United States Attorney | AMERICAN CIVIL LIBERTIES UNION |
| United States Attorney's Office |   FOUNDATION OF MASSACHUSETTS, INC. |
| 1 Courthouse Way, Suite 9200 | One Center Plaza, Suite 850 |
| Boston, MA 02210 | Boston, MA 02108 |
| Tel.: 617-748-3347 | (617) 482-3170 |
| Email: mark.sauter@usdoj.gov | jrossman@aclum.org |
| | alafaille@aclum.org |
| | rdavidson@aclum.org |
| | jbava@aclum.org |

Brian Hauss
Esha Bhandari
Brett Max Kaufman
Michael K. T. Tan
Noor Zafar
Sidra Mahfooz
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004

---

[1] A district court may retain jurisdiction to enforce a settlement agreement as "part of the order of dismissal—either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the settlement agreement in the order." *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1993); *see also Municipality of San Juan v. Rullan*, 318 F.3d 26, 30 (1st Cir. 2003).

(212) 549-2500
bhauss@aclu.org
ebhandari@aclu.org
bkaufman@aclu.org
m.tan@aclu.org
nzafar@aclu.org
smahfooz@aclu.org

Matthew D. Brinckerhoff
Katherine Rosenfeld
Vasudha Talla
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
One Rockefeller Plaza, 8th Floor
New York, NY 10020
212-763-5000
mbrinckerhoff@ecbawm.com
krosenfeld@ecbawm.com
vtalla@ecbawm.com

Naz Ahmad
Mudassar Toppa
CLEAR PROJECT
MAIN STREET LEGAL SERVICES, INC.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
(718) 340-4558
naz.ahmad@law.cuny.edu
mudassar.toppa@law.cuny.edu

Lia N. Ernst
Monica H. Allard
Hillary Rich
ACLU Foundation of Vermont
P.O. Box 277
Montpelier, VT 05601
802-223-6304

3

lernst@acluvt.org
mallard@acluvt.org
hrich@acluvt.org

4