# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**RÜMEYSA ÖZTÜRK**,

*Plaintiff,*

*v.*

**PATRICIA HYDE**, *et al.,*

*Defendants.*

**No. 1:25-cv-12334-DJC**

### [~~Proposed~~] Order of Dismissal Under Rule 41(A)(2) and Retainder of Jurisdiction to Enforce Settlement Agreement

In light of the parties' April 2026 settlement agreement, it is hereby ORDERED that:

1. This case is hereby dismissed under Federal Rule of Civil Procedure 41(a)(2).

2. This Court will retain jurisdiction to enforce the terms of the parties' settlement agreement.

3. The dismissal of this action is without prejudice to any damages claims, but the parties agree that the dismissal precludes further litigation by Plaintiff seeking injunctive or declaratory relief based on the termination of her SEVIS record in March 2025.

SO ORDERED.

Date: April 22, 2026

_____
United States District Judge